IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

WELLS FARGO BANK, N.A., AS TRUSTEE
FOR CARRINGTON MORTGAGE LOAN TRUST,
SERIES 2006-RFC1, ASSET-BACKED PASS-
THROUGH CERTIFICATES,

       Appellant,

       Case No.  5D20-1757
  v.                             LT Case No. 2017-CA-005292-O


LINDA PEREIRA, ALEJANDRO PEREIRA,
UNITED STATES OF AMERICA, DEPARTMENT
OF TREASURY, AND GREENWICH INVESTORS
XXXIII, LLC,

       Appellees.

_____/

Decision filed September 13, 2022

Appeal from the Circuit Court
for Orange County,
Keith A. Carsten, Judge.

Nicholas A. Geraci, of Lender Legal
PLLC, Orlando, for Appellant.

Gregory K. Mausser, of The Law Office
of Gregory K. Mausser, PA, Sanford, and
Mandy Pavlakos, of Law Office of Mandy
Pavlakos, P.A., Lake Mary, for
Appellees, Linda and Alejandro Pereira.

No Appearance for other Appellees.

PER CURIAM.

    AFFIRMED.

EVANDER, WALLIS and WOZNIAK, JJ., concur.